IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Midland-Odessa DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION**:

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

Marvin Lee Castleberry v. Helmerich & Payne, Inc., Helmerich & Payne International Drilling Co., and John Christopher Woodall; Cause No. 7628 in the District Court of Martin County, Texas, 118th Judicial District

2. Was jury demand made in State Court?   ☒ Yes   ☐ No

If yes, by which party and on what date?

Plaintiff - Marvin Lee Castleberry                12/07/2020
Party Name                                        Date

**STATE COURT INFORMATION**:

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

Plaintiff Marvin Lee Castleberry - Tilton & Tilton LLP, Michael S. Tilton and Richard M. Franks, River Oaks Tower, 3730 Kirby Driver, Suite 1020, Houston, Tx 77098, (832) 280-9106
Helmerich & Payne International Drilling Co., and John Christopher Woodall - Meghan E. Hausler and M. Michelle Hartmann, Baker & McKenzie LLP, 1900 N. Pearl Street, Suite 1500, Dallas, Tx 75201, (214) 978-3000

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

n/a

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

Plaintiff filed his Notice of Nonsuit Without Prejudice of Defendant Helmerich & Payne, Inc. Only on Janaury 14, 2021.  On January 15, 2021, the State Court signed an order acknowledging the non-suit and the dismissal without prejudice of all claims against Helmerich & Payne, Inc.

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS**:

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim.  For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

n/a

**VERIFICATION**:

| Meghan E. Hausler | 1/19/2021 |
|---|---|
| Attorney for Removing Party | Date |

Defendants

Party/Parties

(NOTE: Additional comment space is available on page 3)

**ADDITIONAL COMMENTS (As necessary)**: